NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POSCO,**
*Plaintiff*

v.

**UNITED STATES,**
*Defendant*

**STEEL DYNAMICS, INC., AK STEEL CORPORATION, ARCELORMITTAL USA LLC, UNITED STATES STEEL CORPORATION,**
*Intervenors-Defendants*

**NUCOR CORPORATION,**
*Intervenor-Defendant-Appellant*

--------------------------------------------------

**NUCOR CORPORATION,**
*Plaintiff-Appellant*

**AK STEEL CORPORATION, ARCELORMITTAL USA LLC, UNITED STATES STEEL CORPORATION,**
*Intervenors-Plaintiffs*

v.

**UNITED STATES,**
*Defendant-Appellee*

**HYUNDAI STEEL COMPANY, POSCO,
GOVERNMENT OF KOREA,**
*Intervenors-Defendants*

————————————

2022-1576

————————————

Appeal from the United States Court of International Trade in Nos. 1:16-cv-00225-MAB and 1:16-cv-00226-MAB, Chief Judge Mark A. Barnett.

————————————

**O R D E R**

Upon consideration of the non-participation by POSCO, Hyundai Steel Company, and the Government of Korea and consideration of Nucor Corporation and the United States' joint stipulation to dismissal of this appeal with each party to bear its own costs,

IT IS ORDERED THAT:

(1)  The official caption is revised as in this order to reflect POSCO's, Hyundai Steel Company's, and the Government of Korea's non-participation in this appeal.

(2)  The stay is lifted, and the appeal is voluntarily dismissed.

(3)  Each side shall bear its own costs.

FOR THE COURT



January 5, 2024                                        Jarrett B. Perlow
        Date                                                  Clerk of Court

ISSUED AS A MANDATE: January 5, 2024